## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | |
|---|---|
| CITY OF PHILADELPHIA AND PHILADELPHIA COMMISSION ON HUMAN RELATIONS | : No. 109 EM 2015 |
| v. | : |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : |
| PETITION OF: AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA AND MAZZONI CENTER | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of March, 2016, the Amici's Application for Leave to File Amicus Statement in Support of Petition for Allowance of Appeal is **DENIED**.

Justice Eakin did not participate in the consideration or decision of this matter.